Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711


Attorney for Defendant
JUAN CARLOS NUNEZ BELTRAN

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:24-cr-00021 WBS |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING AND FILING DATES** |
| vs. | ) ) | |
| JUAN CARLOS NUNEZ BELTRAN, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, David Spencer, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant JUAN CARLOS NUNEZ BELTRAN, that the previously scheduled judgment and sentencing date of July 6, 2026, be vacated and the matter set for judgment and sentencing on August 10, 2026, at 10:00 a.m.

This continuance is requested because the probation officer needs time to prepare the presentence report.  The Government and Probation concur with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

The parties stipulate to the following schedule:

Sentencing Date:               August 10, 2026

1

**Stipulation and Order to Continue Sentencing**

| | |
|---|---|
| Sentencing Memorandum: | August 3, 2026 |
| Formal Objections: | July 27, 2026 |
| Final PSR: | July 20, 2026 |
| Informal Objections: | July 13, 2026 |
| Draft PSR | July 6, 2026 |

Dated: June 10, 2026

/s/ Michael E. Hansen for
JUAN CARLOS NUNEZ BELTRAN
Defendant

Dated: June 10, 2026

ERIC GRANT
United States Attorney

By: /s/ Michael E. Hansen for DAVID SPENCER
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

The Court, having received, read, and considered the stipulation of the entirety as its order.

It is further ordered that the sentencing date of July 6, 2026, is vacated and shall be continued until **August 10, 2026, at 10:00 a.m.** The Court approves the schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:  June 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Sentencing**