Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711

Attorney for Defendant
JUAN CARLOS NUNEZ BELTRAN

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:24-cr-00021 WBS |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **(AMENDED) TO CONTINUE** |
| | ) **SENTENCING AND FILING DATES** |
| JUAN CARLOS NUNEZ BELTRAN, | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, David Spencer, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant JUAN CARLOS NUNEZ BELTRAN, that the previously scheduled judgment and sentencing date of July 6, 2026, be vacated and the matter set for judgment and sentencing on August 10, 2026, at 10:00 a.m.

This continuance is requested because the probation officer needs time to prepare the presentence report.  The Government and Probation concur with this request.

This amended stipulation and order is provided to correct the schedule below. Undersigned incorrectly set the Draft PSR due date to July 7, 2026.  The correct date is June 29, 2026.  Accordingly, the parties respectfully request the Court adopt this amended proposed stipulation.

**1**

**(Amended) Stipulation and Order to Continue Sentencing**

The parties stipulate to the following schedule:

|  |  |
|---|---|
| Sentencing Date: | August 10, 2026 |
| Sentencing Memorandum: | August 3, 2026 |
| Formal Objections: | July 27, 2026 |
| Final PSR: | July 20, 2026 |
| Informal Objections: | July 13, 2026 |
| Draft PSR | **June 29, 2026** |

Dated: June 16, 2026

/s/ Michael E. Hansen for
JUAN CARLOS NUNEZ BELTRAN
Defendant

Dated: June 16, 2026

ERIC GRANT
United States Attorney

By: /s/ Michael E. Hansen for DAVID SPENCER
Assistant U.S. Attorney
Attorney for Plaintiff


## ORDER

The Court, having received, read, and considered the stipulation of the entirety as its order.

It is further ordered that the sentencing date of July 6, 2026, is vacated and shall be continued until **August 10, 2026, at 10:00 a.m.**  The Court approves the schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:  June 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**2**

**(Amended) Stipulation and Order to Continue Sentencing**